UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAEL ABIGAIL SANCHEZ,

Defendant.

Case No. 17-cr-001055-MMA

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

8:1324(a)(2)(B)(ii); 8:1324(a)(2)(B)(iii);18:2 – Bringing in Aliens for Financial Gain; Bringing in Aliens without presentation; Aiding and Abetting

Dated: 5/2/2017

Hon. Jill L. Burkhardt
United States District Judge